ALBANY,
January, 1816.

FORBES
v.
GLASHAN.

## SLOAN *against* WATTLES.

The attorney may alter the *test* and *return* day of a *capias* before it is served; and where the sheriff is authorized, and instructed by the attorney, to alter the return day, in case the writ cannot be served before, he may make the alteration, before bail is taken, or appearance is endorsed.

*N. WILLIAMS*, for the defendant, moved to set aside the *capias* in this cause, on the ground that the sheriff had altered the return day of the writ.

It appeared that the plaintiff's attorney, on sending the writ to the sheriff, had instructed him, that in case he did not receive the writ in time to be served before the return day, to alter it. The sheriff served the writ, and was about taking a bond for appearance, when he discovered that the return day was passed; he then altered the return day, and served the writ anew.

*I. Hamilton*, contra.

*Per Curiam.* The attorney might have altered the test and return of a writ before it had been served; and the sheriff was fully authorized, by the attorney, to make the alteration in case it should be necessary. We think the sheriff, in this case, had not proceeded so far but that he might exercise the power given to him by the attorney, and that the motion, therefore, ought to be denied.

Motion denied.